IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **JASMINE ATKINS,** *Plaintiff,* § § § | |
| v. § | Case No. 6:20-CV-01162-ADA-JCM |
| § | |
| **WRIGHT & BROWN CORPORATION,** *Defendant.* § § | |

**JOINT NOTICE OF RULE 41 DISMISSAL WITH PREJUDICE**

Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jasmine Atkins and Defendant Wright & Brown Corporation stipulate to dismissal with prejudice of all claims and causes of action asserted against Defendant in this case by Plaintiff, with each party to bear their own costs and attorneys' fees. The parties seek an order dismissing the case with prejudice and that the parties are to bear their own fees and costs.

Dated:  October 5, 2022,                                     Respectfully submitted,


*/s/ Kell A. Simon *                                                */s/ Pamela D. Williams*
**KELL A. SIMON**                                                **PAMELA D. WILLIAMS**
State Bar No. 2406088                                           State Bar No. 00784017
**THE LAW OFFICES OF KELL SIMON**          **LARIZA HEBERT**
501 North IH-35, Suite 111                                   State Bar No. 24098287
Austin, Texas 78702                                              **FISHER & PHILLIPS LLP**
(512) 898-9662                                                        910 Louisiana Street, Suite 4000
(512) 368-9144 – Facsimile                                 Houston, Texas 77002
Email: kell@kellsimonlaw.com                        (713) 292-0150
                                                                                    (713) 292-0151 - Facsimile
**ATTORNEY FOR PLAINTIFF**                       Email:  pwilliams@fisherphillips.com
                                                                                    Email:  lhebert@fisherphillips.com
***Signed with Permission**
                                                                                    **ATTORNEYS FOR DEFENDANT**

1

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this 5th day of October, electronically filed *Joint Notice of Dismissal* with the Clerk of the Court through the CM/ECF document filing system, which sent notification and copies of the filing to all counsel of record at the address listed below:

Kell A. Simon
Law Offices of Kell Simon
501 North IH-35, Suite 111
Austin, Texas 78702
Fax: (512) 368-9144

                              */s/ Pamela D. Williams*
                            **PAMELA D. WILLIAMS**